THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLE POFFENROTH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>RENTGROW, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. C20-0530-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline by which Defendant must answer or otherwise respond to Plaintiff's complaint (Dkt. No. 12). Having thoroughly considered the motion and the relevant record and finding good cause, the Court hereby GRANTS the motion. Defendant must answer or otherwise respond to Plaintiff's complaint on or before June 22, 2020.

DATED this 21st day of May 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C20-0530-JCC
PAGE - 1