THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLE POFFENROTH, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>RENTGROW INC,<br><br>                    Defendant. | CASE NO. C20-0530-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' Rule 26(f) report (Dkt. No. 22). In the report, the parties propose discovery and pre-motion conference deadlines. Those deadlines are APPROVED, as revised below:

| Event | Deadline |
|---|---|
| Exchange Rule 26(a)(1) Initial Disclosures | July 27, 2020 |
| Amend Pleadings and Add Parties Without Leave of the Court | September 21, 2020 |
| Disclose Expert Witnesses Relating to Class Certification | October 21, 2020 |

MINUTE ORDER
C20-0530-JCC
PAGE - 1

| | |
|---|---|
| Disclose Rebuttal Expert Witnesses Relating to Class Certification | November 23, 2020 |
| Complete Expert Discovery Relating to Class Certification | December 14, 2020 |
| Plaintiff's Deadline to Move for Class Certification | January 8, 2021 |
| Defendant's Deadline to Oppose Class Certification | February 8, 2021 |
| Plaintiff's Deadline to File a Reply in Support of Class Certification | February 22, 2021 |
| Disclose Expert Witnesses Relating to Merits Issues | Two (2) weeks following the Court's order on class certification |
| Disclose Rebuttal Expert Witnesses Relating to Merits Issues | Four (4) weeks following the Court's order on class certification |
| Complete Fact and Expert Discovery (Both Class & Merits) | Ten (10) weeks following the Court's order on class certification |
| Dispositive Motion Cutoff | Fourteen (14) weeks following the Court's order on class certification |

The Court will set remaining case management deadlines following resolution of dispositive motions. Within twenty-one days of the Court's resolution of dispositive motion(s), or of the reopening of the Seattle Courthouse, whichever is later, the parties shall file a joint status report. The report must contain the following information: An estimate of the number of days needed for trial and the date by which the case will be ready for trial. If the parties are unable to agree on any part of the report, they may answer in separate paragraphs; no separate reports are to be filed.

DATED this 21st day of September 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk