THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLE POFFENROTH, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br> v.<br><br>RENTGROW, INC.,<br><br>     Defendant. | CASE NO. C20-0530-JCC<br><br>MINUTE ORDER |

  The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

  This matter comes before the Court on the parties' joint motion to continue deadlines pending settlement (Dkt. No. 24.) Finding good cause, the motion is GRANTED. Pending deadlines in this matter are continued for a period of two (2) weeks.

  DATED this 6th day of January 2021.

                William M. McCool
                Clerk of Court

                s/Paula McNabb
                Deputy Clerk